IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12CR214-02 |
|   Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| JOVAN L. GRISBY, | ) | |
|   Defendant. | ) | <u>ORDER</u> |

     This matter was before the Court on October 27, 2020, for a hearing on the Government's request for revocation of Defendant Jovan L. Grisby's supervised release. The Defendant was present and represented by Attorney Jeff Saffold. The United States was represented by Assistant United States Attorney Liz Crook. The Probation Office was represented by Rhyan Ackerman.

     A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on September 11, 2020, at which time the Defendant admitted to the violations set out in the violation report of November 13, 2019 and the supplemental reports of January 30, 2020 and August 21, 2020. The Probation Officer's report states that Defendant Jovan L. Grisby was indicted in the Cuyahoga County Common Pleas Court under Case No. CR-19-641680 and has tested positive for marijuana. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation.

Supervision is continued at this time. All previously ordered conditions remain in effect.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: December 7, 2020

Time: 30 minutes